LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN, INC.
JOY STEPHENSON-LAWS, ESQ.         (SBN 113755)
RICHARD A. LOVICH, ESQ.           (SBN 113472)
KARLENE J. ROGERS-ABERMAN, ESQ.   (SBN 237883)
DAVID F. MASTAN, ESQ.             (SBN 152109)
VENETIA BYARS, ESQ.               (SBN 325741)
vbyars@sacfirm.com
303 N. Glenoaks Blvd., Suite 700
Burbank, CA 91502
Telephone: (818) 559-4477
Facsimile: (818) 559-5484

Attorneys for Plaintiff
 STANFORD HEATLH CARE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANFORD HEALTH CARE, a California Non-Profit Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TRUSTMARK SERVICES COMPANY, a Delaware for profit corporation, and DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | Case No.: 5:22-cv-03946-SVK<br><br>[PROPOSED] ORDER DENYING DEFENDANT TRUSTMARK'S MOTION TO DISMISS SECOND AMENDED COMPLAINT<br><br>[Filed concurrently with Plaintiff's Opposition]<br><br>Hearing Date:  April 6, 2023<br>Hearing Time:  1:30 p.m.<br>Courtroom.:    3<br>Before:        Hon. Richard Seeborg |

# [PROPOSED] ORDER

Before the Court is Defendant Trustmark's Motion To Dismiss Pursuant to FED. R. CIV. P. 12(b)(6). Upon consideration of Defendant's moving papers, Plaintiff's opposing papers, the evidence, and arguments of counsel, the Court finds:

1. Defendant Motion to Dismiss under FED. R. CIV. P. 12(b)(1) is DENIED.

2. Defendant's Motion to Dismiss under FED. R. CIV. P. 12(b)(6) as to the Breach of Implied-in-Fact Contract cause of action is DENIED.

3. Defendant's Motion to Dismiss under FED. R. CIV. P. 12(b)(6) as to the violation of California's Unfair Competition Law Bus. & Prof. Code § 17200, *et seq.* cause of action is DENIED.

4. Defendant's Motion to Dismiss under FED. R. CIV. P. 12(b)(6) as to the *Quantum Meruit* cause of action is DENIED.

**So ordered.**

Dated:

Hon. Richard Seeborg